IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BISHOP MACRAM MAX GASSIS, for himself and derivatively on behalf of BISHOP GASSIS SUDAN RELIEF FUND, INC., a Delaware charitable nonstock corporation, | §<br>§<br>§<br>§<br>§<br>§ | No. 451, 2014<br><br>Court Below:  Court of Chancery<br>of the State of Delaware |
| Plaintiffs Below-Appellants, | §<br>§ | C.A. 8868-VCG |
| v. | §<br>§ | |
| NEIL CORKERY, ANN CORKERY, JOHN KLINK, FR. RODGER HUNTER-HALL, STEVEN WAGNER, KATHLEEN HUNT, and DAVID COFFEY, | §<br>§<br>§<br>§<br>§ | |
| Defendants Below-Appellees, | §<br>§ | |
| and | §<br>§ | |
| BISHOP GASSIS SUDAN RELIEF FUND, INC., a Delaware charitable nonstock corporation, | §<br>§<br>§<br>§ | |
| Nominal Defendant Below-Nominal Appellee. | §<br>§ | |

Submitted:  April 22, 2015
Decided:  April 23, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices; and **PYOTT**,[*] Judge, constituting the Court *en banc*.

## **O R D E R**

This 23rd day of April 2015, after careful consideration of the parties' briefs and

oral argument on appeal, we find it evident that the judgments of the Court of Chancery

---

[*] Sitting by designation under Del. Const. art. IV, § 12.

should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its well-reasoned opinions dated May 28 and July 21, 2014.[1]

NOW, THEREFORE, IT IS ORDERED that the judgments of the Court of Chancery are hereby AFFIRMED.

BY THE COURT:
*/s/ Leo E. Strine, Jr.*
Chief Justice

---

[1] *Gassis v. Corkery*, 2014 WL 3565418 (Del. Ch. July 21, 2014); *Gassis v. Corkery*, 2014 WL 2200319 (Del. Ch. May 28, 2014).